IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IDALIA PACHECO,

        Plaintiff,                   No. 2:10-cv-01733 KJN

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.             ORDER
_____/

        Plaintiff in this case is proceeding with counsel and in forma pauperis. On July 9, 2010, the undersigned granted plaintiff's application to proceed in forma pauperis and directed service of process in this case through the United States Marshal's ("Marshal") office. (Order, July, 9, 2010, Dkt. No. 3.) As required by the order regarding service, plaintiff filed a notice representing that the documents required to effectuate service had been submitted to the Marshal's office. (Notice of Submission, Dkt. No. 7.) However, the docket reveals that no service has been effectuated, and the Marshal's office has confirmed with the court that, contrary to plaintiff's notice, the Marshal's office has not received any service-related documents.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Within fourteen days of the date of this order, plaintiff shall submit (or re-submit as the case might be) the documents required by the United States Marshal's office to

1

1  effectuate service in this case, consistent with the court's July 9, 2010 order.  (See Order, July 9,
2  2010, at 2.)
3       2.     Within seven days of such submission, plaintiff shall file a statement with
4  the court that such documents have been submitted or re-submitted to the United States
5  Marshal's office.
6       3.     After plaintiff's submission or re-submission to the United States
7  Marshal's office, the Marshal shall effectuate service consistent with the court's July 9, 2010
8  order.  (See Order, July 9, 2010, at 2.)
9       IT IS SO ORDERED.
10 DATED:  March 22, 2011

                               KENDALL J. NEWMAN
                               UNITED STATES MAGISTRATE JUDGE