1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 509-7051
4
5 | Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IDALIA PACHECO** | Case No. 10-CIV-1733 KJN |
| **Plaintiff,** | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the Plaintiff's time to file his summary judgment is hereby extended from August 29, 2011, to October 4, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule and need to prioritize older cases.

/ / / /

/ / / /

/ / / /

1

Dated: August 29, 2011        /s/Bess M. Brewer
                              BESS M. BREWER
                              Attorney at Law

                              Attorney for Plaintiff


Dated: August 29, 2011        Benjamin B. Wagner
                              United States Attorney

                              /s/ Peter Thompson
                              PETER THOMPSON
                              Special Assistant United States Attorney
                              Attorneys for Defendant

**ORDER**

The stipulation of the parties is HEREBY APPROVED.[1]  Plaintiff shall have until October 4, 2011, to file a motion for summary judgment.  The court's scheduling order is modified accordingly.

IT IS SO ORDERED.

DATED: September 1, 2011

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned notes that plaintiff, who is represented by an attorney who appears regularly before the undersigned and all too regularly seeks extensions of time based on her "impacted briefing schedule," filed this stipulation and proposed order on the day that plaintiff was required to file a motion for summary judgment.  Plaintiff's counsel is again admonished that, pursuant to Local Rule 144(d), "[c]ounsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent," and that requests for court-approved extensions brought on or after the required filing date "are looked upon with disfavor." The undersigned also notes that plaintiff's counsel appears to be falling behind in her cases again—plaintiff's counsel filed four requests for extensions in four separate cases between August 26, 2011, and August 29, 2011. (See Pacheco v. Astrue, No. 2:10-cv-1733 KJN (E.D. Cal.); Carson v. Astrue, No. 2:11-cv-0632 KJN (E.D. Cal.); Feltis v. Astrue, No. 2:11-cv-0723 KJN (E.D. Cal.); Juarez v. Astrue, No. 2:10-cv-0748 KJN (E.D. Cal.).)